KM
F. #2024R00688

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

SHAQUWEICE MILLS,

     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

O R D E R

CR 24-459 (NGG)

   Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Kate Mathews, for an order unsealing the above-captioned matter in its entirety.

   WHEREFORE, it is ordered that the above-captioned matter be unsealed in its entirety.

Dated: Brooklyn, New York
    11/20, 2024

*Vera M. Scanlon*
HONORABLE VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK